United States District Court
Western District of Texas
San Antonio Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>Janet Yamanaka Mello,<br>    Defendant. | Case No. SA-23-CR-00620-XR |

## Notice of Appearance

COMES NOW the United States of America, by and through the undersigned counsel, and hereby gives notice that Assistant United States Attorney Kristy K. Callahan is assigned to represent the United States in the above-captioned case on all matters involving the collection of monetary obligations, including restitution. Therefore, it is requested that service of copies of all notices, pleadings and other papers be effected upon the Assistant United States Attorney for the Western District of Texas, addressed as follows:

KRISTY K. CALLAHAN
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Kristy.Callahan@usdoj.gov

Respectfully submitted,

JAIME ESPARZA
United States Attorney

By: /s/ *Kristy K. Callahan*
    **KRISTY K. CALLAHAN**
    Assistant United States Attorney
    Mississippi Bar No. 101255
    601 N.W. Loop 410, Suite 600
    San Antonio, Texas 78216
    Telephone: (210) 384-7255
    Facsimile: (210) 384-7247
    E-mail: Kristy.Callahan@usdoj.gov
    ATTORNEY FOR UNITED STATES

## Certificate of Service

I certify that on December 15, 2023, I electronically filed this document with the Clerk of Court using the CM/ECF system.

☒  The CM/ECF system will send notification to the following CM/ECF participant(s):

**Albert A. Flores**
The Law Office of Albert A. Flores
3817 San Pedro
San Antonio, TX 78212
Phone: (210) 225-4006
Fax:    (210) 881-0797
E-mail:attyflores@aol.com
*Attorney for Defendant*

☐  I also certify that I have mailed this document by United States Postal Service to the following non-CM/ECF participant(s):

                                                          /s/ *Kristy K. Callahan*
                                                          **KRISTY K. CALLAHAN**
                                                          Assistant United States Attorney