**ATTACHMENT A**
**LEGAL DESCRIPTIONS**

1. **4218, 4208, and 4228 Harmony Road, Preston, Caroline County, Maryland**, hereinafter the Respondent Real Property 1 and more fully described as:

Tract One: Tax ID#: 04-005171

ALL that property situate, lying and being in the Fourth Election District Of Caroline County, Maryland, and lying within the parcel more particularly shown and designated as "TAX MAP 53, GRID 15, PARCEL 41, LOT 1 AREA BEFORE REVISION = 18.87i ACRES $\pm$ AREA AFTER REVISION = 19.614 ACRES$\underline{+}$" on a Plat prepared by Christopher Waters Professional Land Surveying titled "LOT LINE REVISION ON THE LANDS OF DAVID H. WILSON & PEGGY A. WILSON HARMONY ROAD, LLC. TAX MAP 53 GRIDS 15 & 21 PARCELS 41 & 182 FOURTH ELECTION DISTRICT, CAROLINE COUNTY, MARYLAND," dated August 2009 (revised through February 16, 2010) and recorded among the Plat Records of Caroline County, Maryland in Liber 14, folio 84; reference is hereby made to said plat and the record thereof for a more complete description of said lot by metes and bounds, courses and distances.

SUBJECT TO AND TOGETHER WITH a right-of-way over property described as "Proposed 30 Foot Wide Right-Of-Way" shown on the above-mentioned plat to be used in common with others legally entitled thereto for purposes of ingress, egress and regress to and from said lot and Maryland Route 16.

SUBJECT TO AND TOGETHER WITH a right-of-way over property described as "Existing 20 Foot Wide Access Right-Of-Way and Utility Easement" shown on the above-mentioned plat to be used in common with others legally entitled thereto for purposes of ingress, egress and regress to and from the above-described tract of land and Maryland Route 16.

BEING the same property which was conveyed unto David H. Wilson and Peggy A. Wilson from ADBM Properties, LLC, a Maryland Limited Liability Company by Deed dated January 25, 2005 and recorded among the Land Records of Caroline County, Maryland in Liber 583, folio 129.

ALSO BEING the same property which was conveyed unto David H. Wilson and Peggy A. Wilson from Harmony Road, LLC, a Maryland Limited Liability Company by Deed dated August 9, 2010 and recorded among the Land Records of Caroline County, Maryland in Liber 925, folio 323.

Tract Two: Tax ID#: 04-005309

ALL that lot or tract of land situate in the Fourth Election District of Caroline County, Maryland, designated as "Area – 18.87 Acres+, adjoining the 20.00 Acre+ "on a plat entitled "PLAT SHOWING REVISION OF BOUNDARY LINES ON THE LANDS OF HERSCHELL B. CLAGGETT, JR., IN THE FOURTH ELECTION DISTRICT, CAROLINE COUNTY, MARYLAND", as prepared by Lane Engineering, Inc., dated July 20, 2001 and recorded among the Plat Records of Caroline County, Maryland in Plat Liber 26, folio 1539; reference is hereby made to said plat and the record thereof for a more complete description of said lot by metes and bounds, courses and distances.

TOGETHER WITH a right-of-way over property described as "Proposed 30 Foot Wide Right-Of-Way" shown on the above-mentioned plat to be used in common with others legally entitled Thereto for purposes of ingress, egress and regress to and from said lot and Maryland Route 16.
TOGETHER WITH a right-of-way over property described as "Existing 20 Foot Wide Access Right-Of-Way and Utility Easement" shown on the above-mentioned plat to be used in common with others legally entitled thereto for purposes of ingress, egress and regress to and from the above-described tract of land and Maryland Route 16.

BEING the same property which was conveyed unto David H. Wilson and Peggy A. Wilson from ADBM Properties, LLC, a Maryland Limited Liability Company by Deed dated January 17, 2003 and recorded among the Land Records of Caroline County, Maryland in Liber 471, folio 268.

Tract Three: Tax ID#: 04-025679

ALL that lot or tract of land situate in the Fourth Election District of Caroline County, Maryland, designated as "AREA = 20.00 ACRES ±, on a plat entitled "PLAT SHOWING REVISION OF BOUNDARY LINES ON THE LANDS OF HERSCHELL B. CLAGGETT, JR., IN THE FOURTH ELECTION DISTRICT, CAROLINE COUNTY, MARYLAND", as prepared by Lane Engineering, Inc., dated July 20, 2001 and recorded among the Plat Records of Caroline County, Maryland in Plat Liber 26, folio 1539; reference is hereby made to said plat and the record thereof for a more complete description of said lot by metes and bounds, courses and distances.

Also shown and designated on a plat entitled: PLAT SHOWING REVISED SEWAGE RESERVED AREA ON THE LANDS OF DAVID H. WILSON & PEGGY A. WILSON, prepared by c & R Professional Land Surveyors, dated September 13, 2005 and recorded among the Plat Records of Caroline County, MD in Plat Liber 28, folio

Defendant's Initials

Plea Agreement – Janet Yamanaka Mello

28

1804.

TOGETHER WITH a right-of-way over property described as "Proposed 30 Foot Wide Right-Of-Way" shown on the above-mentioned plat to be used in common with others legally entitled thereto for purposes of ingress, egress and regress to and from said lot and Maryland Route 16.

TOGETHER WITH a right-of-way over property described as "Existing 20 Foot Wide Access Right-Of-Way and Utility Easement" shown on the above-mentioned plat to be used in common with others legally entitled thereto for purposes of ingress, egress and regress to and from the above-described tract of land and Maryland Route 16.

BEING the same property which was conveyed unto David H. Wilson and Peggy A. Wilson from Herschell B. Claggett, Jr., by Deed dated October 11, 2001 and recorded among the Land Records of Caroline County, Maryland in Liber 423, folio 224.

2. **4051 Fossil Forrest, San Antonio, Bexar County, Texas**, hereinafter the Respondent Real Property 2 and more fully described as:

LOT 97, BLOCK 4, FOSSIL RIDGE, UNIT 2 (PLANNED UNIT DEVELOPMENT), BEXAR COUNTY, TEXAS, ACCORDING TO PLAT THEREOF RECORDED IN VOLUME 9554, PAGE 45, DEED AND PLAT RECORDS OF BEXAR COUNTY, TEXAS.

3. **39850 FM 3159, Canyon Lake, Comal County, Texas,** hereinafter the Respondent Real Property 3 and more fully described as:

BEING AT 4.383 ACRE TRACT OF LAND SITUATED IN THE LEONA IRRIGATION & AGRICULTURE ASSOCIATION SURVEY NO. 823, ABSTRACT NO. 376, COMAL COUNTY, TEXAS AND BEING ALL OF A CALL 4.383 ACRE TRACT OF LAND RECORDED IN DOCUMENT NO. 200506016286, OFFICIAL PUBLIC RECORDS, COMAL COUNTY, TEXAS, SAID 4.383 ACRE TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT A 1/2" IRON ROD FOUND WITH A YELLOW "WCR" PLASTIC CAP IN THE APPARENT EAST RIGHT-OF-WAY OF F.M. HIGHWAY NO. 3159, FOR A CORNER OF THAT CERTAIN 153.724 ACRE TRACT OF LAND RECORDED IN DOCUMENT NO. 201706050640, OFFICIAL PUBLIC RECORDS, COMAL COUNTY, TEXAS, THE SOUTHERNMOST CORNER OF THE ABOVE REFERENCED 4.383 ACRE TRACT AND HEREIN DESCRIBED TRACT;

Defendant's Initials _____

Plea Agreement – Janet Yamanaka Mello

THENCE WITH THE COMMON LINE OF THE APPARENT RIGHT-OF-WAY OF F.M. HIGHWAY NO. 3159 AND SAID 4.383 ACRE TRACT, NORTH 00 DEGREES 57 MINUTES 08 SECONDS WEST, A DISTANCE OF 57.90 FEET TO AN IRON ROD FOUND WITH AN ORANGE "MOY SURVEY" PLASTIC CAP FOR A CORNER OF SAID 153.724 ACRE TRACT, A CORNER OF SAID 4.383 ACRE TRACT AND HEREIN DESCRIBED TRACT;

THENCE WITH THE COMMON LINE OF SAID 153.724 ACRE TRACT AND SAID 4.383 ACRE TRACT THE FOLLOWING COURSES AND DISTANCES:

NORTH 39 DEGREES 45 MINUTES 43 SECONDS EAST, A DISTANCE OF 10.88 FEET TO A 1/2" IRON ROD FOUND WITH A YELLOW "WCR" PLASTIC CAP;

NORTH 25 DEGREES 22 MINUTES 49 SECONDS EAST, A DISTANCE OF 582.05 FEET TO AN IRON ROD FOUND WITH AN ORANGE "RPLS 4069" PLASTIC CAP;

NORTH 57 DEGREES 26 MINUTES 05 SECONDS EAST, A DISTANCE OF 323.66 FEET TO AN IRON ROD FOUND WITH AN ORANGE "RPLS 4069" PLASTIC CAP;

SOUTH 20 DEGREES 44 MINUTES 57 SECONDS EAST, A DISTANCE OF 188.85 FEET TO AN IRON ROD FOUND WITH AN ORANGE "RPLS 4069" PLASTIC CAP;

SOUTH 07 DEGREES 13 MINUTES 19 SECONDS WEST, A DISTANCE OF 151.39 FEET TO AN IRON ROD FOUND WITH AN ORANGE "RPLS 4069" PLASTIC CAP;

SOUTH 50 DEGREES 18 MINUTES 34 SECONDS WEST, A DISTANCE OF 176.72 FEET TO AN IRON ROD FOUND WITH AN ORANGE "RPLS 4069" PLASTIC CAP;

SOUTH 37 DEGREES 07 MINUTES 33 SECONDS WEST, A DISTANCE OF 241.33 FEET TO AN IRON ROD FOUND WITH AN ORANGE "RPLS 4069" PLASTIC CAP;

SOUTH 74 DEGREES 16 MINUTES 24 SECONDS WEST, A DISTANCE OF 283.80 FEET TO A CALCULATED POINT (COULD NOT SET);

AND SOUTH 20 DEGREES 22 MINUTES 36 SECONDS WEST, A DISTANCE OF 61.17 FEET TO THE POINT OF BEGINNING CONTAINING 4.383 ACRES OF LAND.

4. **40454 FM 3159, New Braunfels, Comal County, Texas**, hereinafter the Respondent Real Property 4 and more fully described as:

BEING A 153.724 ACRE TRACT' OF LAND SITUATED IN THE LEONA IRRIGATION & AGRICULTURE ASSOCIATION SURVEY NO. 823, ABSTRACT NO. 376 AND B.F. SMITHSON SURVEY NO. 926, ABSTRACT NO. 849, COMAL COUNTY, TEXAS AND BEING THE REMAINING PORTION OF A CALLED 155.187 ACRE TRACT OF LAND RECORDED IN DOCUMENT NO. 200506016286, OFFICIAL PUBLIC RECORDS, COMAL COUNTY, TEXAS, SAID

153.724 ACRE TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT AN IRON ROD SET IN THE EAST RIGHT-OF-WAY LINE OF CRANES MILL ROAD, FOR THE SOUTH COMER OF THE ABOVE REFERENCED 155.187 ACRE TRACT AND HEREIN DESCRIBED TRACT;

THENCE WITH THE COMMON LINE OF THE RIGHT-OF-WAY OF CRANES MILL ROAD AND SAID 155.187 ACRE TRACT THE FOLLOWING COURSES AND DISTANCES:

NORTH 01 DEGREES 24 MINUTES 13 SECONDS EAST, A DISTANCE OF 238.98 FEET TO AN IRON ROD FOUND WITH AN ORANGE "MOY SURVEY" PLASTIC CAP;

NORTH 08 DEGREES 40 MINUTES 57 SECONDS EAST, A DISTANCE OF 42.91 FEET TO AN IRON ROD FOUND WITH AN ORANGE "MOY SURVEY" PLASTIC CAP;

NORTH 13 DEGREES 12 MINUTES 50 SECONDS EAST, A DISTANCE OF 194.64 FEET TO AN IRON ROD FOUND WITH AN ORANGE "MOY SURVEY" PLASTIC CAP;

NORTH 00 DEGREES 39 MINUTES 52 SECONDS WEST, A DISTANCE OF 298.44 FEET TO AN IRON ROD SET;

AND NORTH 18 DEGREES 03 MINUTES 28 SECONDS WEST, A DISTANCE OF

155.65 FEET TO A TXDOT CONCRETE RIGHT-OF-WAY MARKER FOUND FOR A CUTBACK CORNER OF F.M. HIGHWAY NO. 3159, THE SOUTH CORNER OF A CALLED 4047 SQUARE FEET TRACT OF LAND RECORDED IN DOCUMENT NO. 200506027731, OFFICIAL PUBLIC RECORDS, COMAL COUNTY, TEXAS AND A CORNER OF SAID 155.187 ACRE TRACT;

THENCE WITH THE COMMON LINE OF SAID 4047 SQUARE FEET TRACT THE FOLLOWING COURSES AND DISTANCES:

NORTH 65 DEGREEES 54 MINUTES 08 SECONDS EAST, A DISTANCE OF 93.07 FEET TO AN IRON ROD FOUND WITH AN ORANGE "MOY SURVEY" PLASTIC CAP;

AND NORTH 54 DEGREES 47 MINUTES 46 SECONDS WEST, A DISTANCE OF 101.23 FEET TO A TXDOT CONCRETE RIGHT-OF-WAY MARKER FOUND IN THE EAST RIGHT-OF-WAY LINE OF F.M. HIGHWAY NO. 3159, FOR THE NORTH CORNER OF SAID 4047 SQUARE FEET TRACT AND A CORNER OF SAID 155.187 ACRE TRACT;

THENCE WITH THE COMMON LINE OF THE RIGHT-OF-WAY OF F.M. HIGHWAY NO. 3159 AND SAID 155.187 ACRE TRACT, NORTH 22 DEGREES 28 MINUTES 00 SECONDS EAST, A DISTANCE OF 445.95 FEET TO AN IRON ROD FOUND WITH AN ORANGE "MOY SURVEY" PLASTIC CAP FOR THE WEST CORNER OF A CALLED 1.147 ACRE TRACT OF LAND RECORDED IN DOCUMENT NO. 200506027731, OFFICIAL PUBLIC RECORDS, COMAL COUNTY, TEXAS;

THENCE WITH THE COMMON LINE OF SAID 1.147 ACRE TRACT THE FOLLOWING COURSES AND DISTANCES:

SOUTH 67 DEGREES 33 MINUTES 54 SECONDS EAST, A DISTANCE OF 185.04 FEET TO AN IRON ROD FOUND WITH AN ORANGE "MOY SURVEY" PLASTIC CAP;

NORTH 22 DEGREES 25 MINUTES 26 SECONDS EAST, A DISTANCE OF 270.20 FEET TO AN IRON ROD FOUND WITH AN ORANGE "MOY SURVEY" PLASTIC CAP;

AND NORTH 67 DEGREES 37 MINUTES 39 SECONDS WEST, AT 164.12 FEET AN IRON ROD FOUND WITH AN ORANGE "MOY SURVEY" PLASTIC CAP AND CONTINUING A TOTAL DISTANCE OF 184.84 FEET TO A POINT IN THE

Defendant's Initials 

Plea Agreement – Janet Yamanaka Mello

SOUTHEAST RIGHT-OF-WAY LINE OF F.M. HIGHWAY NO. 3159, THE NORTHWEST LINE OF SAID 155.187 ACRE TRACT, FOR THE NORTH CORNER OF SAID 1.147 ACRE TRACT;

THENCE WITH THE COMMON LINE OF THE RIGHT OF WAY OF F.M. HIGHWAY NO. 3159 AND SAID 155.187 ACRE TRACT THE FOLLOWING COURSES AND DISTANCES:

NORTH 22 DEGREES 28 MINUTES 00 SECONDS EAST, A DISTANCE OF 366.62 FEET TO A TXDOT CONCRETE RIGHT-OF-WAY MARKER FOUND;

AND NORTH 12 DEGREES 37 MINUTES 11 SECONDS EAST, A DISTANCE OF 595.79 FEET TO A TXDOT CONCRETE RIGHT-OF-WAY MARKER FOUND;

THENCE WITH COMMON LINE OF THE APPARENT RIGHT-OF-WAY OF F.M. HIGHWAY NO. 3159 AND SAID 155.187 ACRE TRACT, NORTH 00 DEGREES 57 MINUTES 08 SECONDS WEST, A DISTANCE OF 29.16 FEET TO AN IRON ROD SET FOR THE SOUTH CORNER OF A CALLED 4.383 ACRE TRACT OF LAND RECORDED IN DOCUMENT NO. 200506016286, OFFICIAL PUBLIC RECORDS, COMAL COUNTY, TEXAS;

THENCE WITH THE COMMON LINE OF SAID 4.383 ACRE TRACT THE FOLLOWING COURSES AND DISTANCES:

NORTH 20 DEGREES 22 MINUTES 36 SECONDS EAST, A DISTANCE OF 61.17 FEET TO A CALCULATED POINT (COULD NOT SET);

NORTH 74 DEGREES 16 MINUTES 24 SECONDS EAST, A DISTANCE OF 283.80 FEET TO AN IRON ROD FOUND WITH AN ORANGE "RPLS 4069" PLASTIC CAP;

NORTH 37 DEGREES 07 MINUTES 33 SECONDS EAST, A DISTANCE OF 241.33 FEET TO AN IRON ROD FOUND WITH AN ORANGE "RPLS 4069" PLASTIC CAP;

NORTH 50 DEGREES 18 MINUTES 34 SECONDS EAST, A DISTANCE OF 176.72, FEET TO AN IRON ROD FOUND WITH AN ORANGE "RPLS 4069" PLASTIC CAP;

NORTH 07 DEGREES 13 MINUTES 19 SECONDS EAST, A DISTANCE OF 151.39 FEET TO AN IRON ROD FOUND WITH AN ORANGE "RPLS 4069" PLASTIC

Defendant's Initials _____

Plea Agreement – Janet Yamanaka Mello

33

CAP;

NORTH 20 DEGREES 44 MINUTES 57 SECONDS WEST, A DISTANCE OF 188.85 FEET TO AN IRON ROD FOUND WITH AN ORANGE "RPLS 4069" PLASTIC CAP;  .

SOUTH 57 DEGREES 26 MINUTES 05 SECONDS WEST, A DISTANCE OF 323.66 FEET TO AN IRON ROD FOUND WITH AN ORANGE "RPLS 4069" PLASTIC CAP;

SOUTH 25 DEGREES 22 MINUTES 49 SECONDS WEST, A DISTANCE OF 582.05 FEET TO AN IRON ROD SET;

AND SOUTH 39 DEGREES 45 MINUTES 43 SECONDS WEST, A DJSTANCE OF 10.88 FEET TO AN IRON ROD FOUND WITH AN ORANGE "MOY SURVEY" PLASTIC CAP IN THE APPARENT EAST RIGHT-OF-WAY LINE OF F.M. HIGHWAY NO. 3159, THE WEST LINE OF SAID 155.187 ACRE TRACT, FOR A CORNER OF SAID 4.383 ACRE TRACT;

THENCE WITH THE COMMON LINE OF THE APPARENT RIGHT-OF-WAY OF F.M. HIGHWAY NO. 3159 AND SAID 155.187 ACRE TRACT, GENERALLY WITH A WIRE FENCE THE FOLLOWING COURSES AND DISTANCES:

NORTH 00 DEGREES 57 MINUTES 08 SECONDS WEST, A DISTANCE OF 150.68 FEET TO AN IRON ROD FOUND WITH AN ORANGE "MOY SURVEY" PLASTIC CAP;

NORTH 08 DEGREES 30 MINUTES 06 SECONDS EAST, A DISTANCE OF 352.02 FEET TO A 7" WOOD·FENCE POST FOUND;

NORTH 01-DEGREES 43 MINUTES 59 SECONDS WEST; A DISTANCE OF 165.00 FEET TO A 7" WOOD FENCE POST FOUND;

AND NORTH 32 DEGREES 56 MINUTES 59 SECONDS WEST, A DISTANCE OF 337.89 FEET TO A TXDOT CONCRETE RIGHT-OF-WAY MARKER FOUND FOR A CORNER OF THE RIGHT-OF-WAY OF F.M. HIGHWAY NO. 3159 AND A COMER OF SAID 155.187 ACRE TRACT;

THENCE WITH  THE COMMON LINE OF THE RIGHT-OF-WAY OF F.M. HIGHWAY NO. 3159 AND SAID 155.187 ACRE TRACT THE FOLLOWING COURSES AND DISTANCES:

Defendant's Initials 

Plea Agreement – Janet Yamanaka Mello

NORTH 20 DEGREES 42 MINUTES 10 SECONDS EAST, A DISTANCE OF 805.78 FEET TO A TXDOT CONCRETE RIGHT-OF-WAY MARJ(ERFOUND;

AND NORTH 53 DEGREES 45 MINUTES 31 SECONDS EAST, A DISTANCE OF 424.32 FEET TO A TXDOT CONCRETE RIGHT-OF-WAY MARKER FOUND;

THENCE WITH THE COMMON LINE OF THE APPARENT RIGHT-OF-WAY OF F.M. HIGHWAY NO. 3159 AND SAID 155.187 ACRE TRACT, GENERALLY WITH A WIRE FENCE THE FOLLOWING COURSES AND DISTANCES:

NORTH 84 DEGREES 37 MINUTES 26 SECONDS EAST, A DISTANCE OF 185.56 FEET TO A CONCRETE MARKER FOUND;

NORTH 66 DEGREES 24 MINUTES 05 SECONDS EAST, A DISTANCE OF 211.15 FEET A CALCULATED POINT, A 60D NAIL FOUND BEARS NORTH 57 DEGREES 14 MINUTES 48 SECONDS EAST, A DISTANCE OF 4.06 FEET;

AND NORTH 64 DEGREES 57 MINUTES 47 SECONDS EAST, A DISTANCE OF 14.79 FEET TO A 3/8" IRON ROD FOUND FOR THE WEST CORNER OF A CALLED 6.47 ACRE TRACT OF LAND RECORDED IN DOCUMENT NO. 201606008815, OFFICIAL, PUBLIC RECORDS, COMAL COUNTY, TEXAS, THE NORTH CORNER OF SAID 155.187 ACRE TRACT AND HEREIN DESCRIBED TRACT;

THENCE WITH THE COMMON LINE OF SAID 6.47 ACRE TRACT, A CALLED 80.59 ACRE TRACT OF LAND RECORDED IN VOLUME 132, PAGE 301, DEED RECORDS, COMAL COUNTY, TEXAS, GENERALLY WITH A WIRE FENCE THE FOLLOWING COURSES AND DISTANCES:

SOUTH 45 DEGREES 26 MINUTES 08 SECONDS EAST, A DISTANCE OF 716.43 FEET TO AN IRON ROD FOUND WITH AN ORANGE "MDS SURVEY" PLASTIC CAP;

AND SOUTH 46 DEGREES 35 MINUTES 20 SECONDS EAST, A DISTANCE OF 350.78 FEET TO A 1/2" IRON ROD FOUND FOR THE SOUTH CORNER OF SAID 6.47 ACRE·TRACT, THE WEST COMER OF LOT 36 L, INLAND ESTATES SUBDIVISION RECORDED IN VOLUME 9, PAGE 71, MAP & PLAT RECORDS, COMAL COUNTY, TEXAS, A COMER OF A CALLED 1153.575 ACRE TRACT OF LAND RECORDED IN VOLUME 276, PAGE 821 DEED RECORDS, COMAL COUNTY, TEXAS AND A CORNER OF SAID 80.59 ACRE TRACT;

Defendant's Initials 

Plea Agreement – Janet Yamanaka Mello

35

THENCE WITH THE COMMON LINE OF SAID 1153.575 ACRE TRACT AND 80.59 ACRE TRACT, GENERALLY WITH A WIRE FENCE THE FOLLOWING COURSES AND DISTANCES:

SOUTH 22 DEGREES 37 MINUTES 23 SECONDS EAST, A DISTANCE OF 61.34 FEET TO A 1/2" IRON ROD FOUND;

SOUTH 47 DEGREES 34 MINUTES 06 SECONDS EAST, A DISTANCE OF 162.72 FEET TO A FENCED 14" CEDAR TREE FOUND;

SOUTH 51 DEGREES 14 MINUTES 33 SECONDS EAST, A DISTANCE OF 53.03 FEET TO A FENCED 15" CEDAR TREE FOUND;

SOUTH 53 DEGREES 22 MINUTES 08 SECONDS EAST, A DISTANCE OF 368.57 FEET TO A FENCED 15" CEDAR TREE FOUND;

SOUTH 49 DEGREES 50 MINUTES 36 SECONDS EAST, A DISTANCE OF 34.87 FEET TO A 1/2" IRON ROD FOUND;

SOUTH 46 DEGREES 57 MINUTES 41 SECONDS EAST, A DISTANCE OF 346.30 FEET TO A 3" CEDAR FENCE POST FOUND;

SOUTH 39 DEGREES 14 MINUTES 23 SECONDS EAST, A DISTANCE OF 141.88 FEET TO AN IRON ROD FOUND WITH AN ORANGE "MOY SURVEY" PLASTIC CAP;

SOUTH 10 DEGREES 36 MINUTES 52 SECONDS EAST, A DISTANCE OF 98.86 FEET TO AN IRON ROD FOUND WITH AN ORANGE "MOY SURVEY" PLASTIC CAP;

SOUTH 27 DEGREES 17 MINUTES 57 SECONDS EAST, A DISTANCE OF 73.22 FEET TO A 1/2" IRON ROD FOUND FOR A CORNER OF SAID LOT 36 L, A CORNER OF SAID 1153.575 ACRE TRACT, THE NORTH CORNER OF LOT 38, INLAND ESTATES SUBDIVISION RECORDED IN VOLUME 6, PAGE 105, MAP & PLAT RECORDS, COMAL COUNTY, TEXAS, THE EAST CORNER OF SAID 155.187 ACRE TRACT AND HEREIN DESCRIBED TRACT;

THENCE WITH THE COMMON LINE OF SAID 155.187 ACRE TRACT AND LOT 38, SOUTH 43 DEGREES 48 MINUTES 20 SECONDS WEST, A DISTANCE OF

Defendant's Initials 

511.96 FEET TO AN IRON ROD SET FOR THE NORTH CORNER OF LOT 84, WAGGENER RANCH UNIT TWO RECORDED IN VOLUME 15, PAGE 36, MAP & PLAT RECORDS, COMAL COUNTY, TEXAS;

THENCE WITH THE COMMON LINE OF SAID WAGGENER RANCH UNIT TWO AND SAID 155.187 ACRE TRACT THE FOLLOWING COURSES AND DISTANCES:

SOUTH 43 DEGREES 50 MINUTES 33 SECONDS WEST, A DISTANCE OF 524.28 FEET TO AN IRON ROD SET;

SOUTH 44 DEGREES 11 MINUTES 59 SECONDS WEST, A DISTANCE OF 275.89 FEET TO A 1/2" IRON ROD FOUND;

SOUTH 44 DEGREES 11 MINUTES 08 SECONDS WEST, A DISTANCE OF 317.80 FEET TO A 3/8" IRON ROD FOUND;

SOUTH 44 DEGREES 11 MINUTES 25 SECONDS WEST, AT 566.25.FEET AN IRON ROD FOUND WITH AN ALUMINUM CAP STAMPED "PRO-TECH 2219" AND CONTINUING A TOTAL DISTANCE OF 703.19 FEET TO AN IRON ROD FOUND WITH AN ORANGE "MOY SURVEY" PLASTIC CAP FOR THE EAST CORNER OF A CALLED 0.477 ACRE TRACT OF LAND RECORDED IN DOCUMENT NO. 200406006810, OFFICIAL PUDLIC RECORDS, COMAL COUNTY, TEXAS;

THENCE WITH THE COMMON LINE OF SAID 0.477 ACRE TRACT AND SAID 155.187 ACRE TRACT THE FOLLOWING COURSES AND DISTANCES:

NORTH 46 DEGREES 08 MINUTES 19 SECONDS WEST, A DISTANCE OF 126.82 FEET TO AN IRON ROD FOUND WITH AN ORANGE "MOY SURVEY" PLASTIC CAP;

SOUTH 43 DEGREES 51 MINUTES 41 SECONDS WEST, A DISTANCE OF 165.06 FEET TO AN IRON ROD FOUND WITH AN ORANGE "MOY SURVEY" PLASTIC CAP;

AND SOUTH 46 DEGREES 08 MINUTES 19 SECONDS EAST, A DISTANCE OF 125.70 FEET TO AN IRON ROD FOUND WITH AN ORANGE "MOY SURVEY" PLASTIC CAP IN THE NORTHEAST LINE OF LOT 81 R, WAGGENER RANCH UNIT TWO RECORDED IN DOCUMENT NO. 200806046117, OFFICIAL PUBLIC RECORDS, COMAL COUNTY, TEXAS, FOR THE SOUTH CORNER OF SAID

Defendant's Initials 

0.477 ACRE TRACT;

THENCE WITH THE COMMON LINE OF SAID WAGGENER RANCH UNIT
TWO, WAGGENER RANCH UNIT ONE RECORDED IN VOLUME 14, PAGE 54,
MAP & PLAT RECORDS COMAL COUNTY, TEXAS AND SAID 155.187 ACRE
TRACT THE FOLLOWING COURSES AND DISTANCES:

SOUTH 44 DEGREES 19 MINUTES 42 SECONDS WEST, AT 29.35 FEET AN
IRON ROD FOUND WITH AN ALUMINUM CAP STAMPED "PRO-TECH 2219"
AND CONTINUING A TOTAL A DISTANCE OF 676.78 FEET TO A MAG NAIL
FOUND IN A TREE STUMP WITH A "PRO-TECH ENG. 2219" TAG;

SOUTH 44 DEGREES 21 MINUTES 00 SECONDS WEST, A DISTANCE OF
684.49 FEET TO AN IRON ROD FOUND WITH AN ALUMINUM CAP STAMPED
"PRO-TECH ENG. 2219";

SOUTH 44 DEGREES 14 MINUTES 43 SECONDS WEST, A DISTANCE OF
100.07 FEET TO AN IRON ROD FOUND WITH AN ALUMINUM CAP STAMPED
"PRO-TECH ENG. 2219";

SOUTH 75 DEGREES 27 MINUTES 14 SECONDS WEST, AT 18.45 FEET AN
IRON ROD FOUND WITH AN ALUMINUM CAP STAMPED "PRO-TECH 2219"
AND CONTINUING A TOTAL DISTANCE OF 95.26 FEET TO AN IRON ROD
FOUND WITH AN ALUMINUM CAP STAMPED "PRO-TECH 2219";

SOUTH 56 DEGREES 23 MINUTES 04 SECONDS WEST, A DISTANCE OF 92.34
FEET TO A MAG NAIL FOUND IN A TREE STUMP WITH A "PRO-TECH ENG.
2219" TAG;

AND SOUTH 52 DEGREES 04 MINUTES 47 SECONDS WEST, AT 189.68 FEET
AN IRON ROD FOUND WITH AN ALUMINUM CAP STAMPED "PRO-TECH
ENG. 2219" FOR THE NORTHWEST COMER OF LOT 58R, WAGGENER
RANCH UNIT ONE AND CONTINUING A TOTAL DISTANCE OF 215.00 FEET
TO THE POINT OF BEGINNING CONTAINING 153.724 ACRES OF LAND.

5. **2 Sugar Maple, Mayhill, Otero County, New Mexico**, hereinafter the Respondent Real
Property 5 and more fully described as:

Lot Thirteen (13), Block Seven (7), Cloud Country Subdivision, Unit 2, Otero County,
New Mexico.

Defendant's Initials 

Tax ID: 11O4075092482103

6.  **Cloud Country #2, Mayhill, Otero County, New Mexico,** hereinafter the Respondent Real Property 6 and more fully described as:

Lot Fourteen (14), Block Seven (7), Cloud Country Subdivision, Unit 2, Otero County, New Mexico.

Tax ID: 11O4075092484117

7.  **98 Island Dr., #41, Horseshoe Bay, Llano County, Texas,** hereinafter the Respondent Real Property 7 and more fully described as:

Being Unit No. Forty-One (41), in Building No. Five (5), Phase Two (II), of The Waters at Horseshoe Bay Resort Condominium located on Tract AAA-4A and Tract AAA-4B in the City of Horseshoe Bay, Llano County, Texas, according to Plat No. 64.3, recorded in Volume 15, Page 56, Plat Records of Llano County, Texas. Together with the percentage of ownership in the general and limited common elements, including the parking area and storage facility for said Unit and the voting percentage allocated to such unit, all as described in the Declaration of The Waters At Horseshoe Bay Resort Condominium as the same appears of record in Volume 3, Page 314, of the Condominium Records of Llano County, Texas, and the First Amendment to Declaration of The Waters at Horseshoe Bay Resort Condominium, recorded in Volume 3, Page 446, Condominium Records of Llano County, Texas, along with the First Supplemental to Declaration of The Waters at Horseshoe Bay Resort Condominium, recorded in Volume 3, Page 524, Condominium Records of Llano County, Texas, together with all of the rights and privileges granted to unit owners in The Waters At Horseshoe Bay Resort Condominium to which reference is here made for a full and complete description of the property, and all of the terms and provisions thereof.

8.  **101 West Bank Unit 56, Horseshoe Bay, Llano County, Texas,** hereinafter the Respondent Real Property 8 and more fully described as:

UNIT 56, BUILDING 2, PHASE ONE, THE WATERS AT HORSESHOE BAY RESORT CONDOMINIUM, LOCATED IN THE CITY OF HORSESHOE BAY, LLANO COUNTY, TEXAS, ACCORDING TO PLAT NO. 64.3, RECORDED IN VOLUME 15, PAGE 56, PLAT RECORDS, LLANO COUNTY, TEXAS, TOGETHER WITH THE PERCENTAGE OF OWNERSHIP IN THE GENERAL AND LIMITED COMMON ELEMENTS, THE PARKING SPACE AND STORAGE FACILITY FOR SAID UNIT AND THE VOTING RIGHTS AND PRIVILEGES

Defendant's Initials 

Plea Agreement – Janet Yamanaka Mello

39

GRANTED TO UNIT OWNERS IN THE WATERS AT HORSESHOE BAY RESORT CONDOMINIUM RECORDED IN VOLUME 3, PAGE 314, CONDOMINIUM RECORDS OF LLANO COUNTY, TEXAS.

9. **106 Ouray St., Boerne, Kendall County, Texas,** hereinafter the Respondent Real Property 9 and more fully described as:

LOT NO. 28 BLOCK C, DURANGO RESERVE, PHASE I, A SUBDIVISION LOCATED IN THE CITY OF BOERNE, KENDALL COUNTY, TEXAS, ACCORDING TO PLAT RECORDED IN VOLUME 8, PAGES 321-323, PLAT RECORDS OF KENDALL COUNTY, TEXAS.

10. **104 Alamosa Way, Boerne, Kendall County, Texas,** hereinafter the Respondent Real Property 10 and more fully described as:

LOT NO. 4 BLOCK A, DURANGO RESERVE, PHASE I, A SUBDIVISION LOCATED IN THE CITY OF BOERNE, KENDALL COUNTY, TEXAS, ACCORDING TO PLAT RECORDED IN VOLUME 8, PAGES 321-323, PLAT RECORDS OF KENDALL COUNTY, TEXAS.

11. **103 Creede St., Boerne, Kendall County, Texas,** hereinafter the Respondent Real Property 11 and more fully described as:

LOT NO. 25 BLOCK B, DURANGO RESERVE, PHASE I, A SUBDIVISION LOCATED IN THE CITY OF BOERNE, KENDALL COUNTY, TEXAS, ACCORDING TO PLAT RECORDED IN VOLUME 8, PAGES 321-323, PLAT RECORDS OF KENDALL COUNTY, TEXAS.

12. **973 Mystic Pkwy., Spring Branch, Comal County, Texas,** hereinafter the Respondent Real Property 12 and more fully described as:

LOT 2136, MYSTIC SHORES, UNIT NINETEEN, AN ADDITION TO COMAL COUNTY, TEXAS, ACCORDING TO THE PLAT OF THE DEVELOPMENT FILED OF RECORDED CLERK'S FILE NO. 200606046241, MAP AND PLAT RECORDS OF COMAL COUNTY, TEXAS.

13. **2808 Aurora, Horseshoe Bay, Llano County, Texas,** hereinafter the Respondent Real Property 13 and more fully described as:

BEING LOT NO. 23224, HORSESHOE BAY A SUBDIVISION OF THE CITY OF HORSESHOE BAY, LLANO COUNTY, TEXAS, ACCORDING TO PLAT NO.

Defendant's Initials 

23.4, RECORDED IN VOLUME 2, PAGES 94, 95 AND 96, PLAT RECORDS OF LLANO COUNTY, TEXAS.

14. **Fault Line, Horseshoe Bay, Llano County, Texas,** hereinafter the Respondent Real Property 14 and more fully described as:

BEING LOT NO. W18095, HORSESHOE BAY WEST, A SUBDIVISION LOCATED IN THE CITY OF HORSESHOE BAY, LLANO COUNTY, TEXAS, ACCORDING TO PLAT NO. W18.1 RECORDED IN VOLUME 4, PAGE 48 AND 49, PLAT RECORDS OF LLANO COUNTY, TEXAS.

15. **4100 Cashmere Dr. NE, Olympia, Thurston County, Washginton,** hereinafter the Respondent Real Property 15 and more fully described as:

Lot 283 of Hawks Prairie Phase 1 Unit 7, according to plat recorded August 27, 2004 under Recording No. 3669236;

In Thurston County, Washington

SUBJECT TO:
Declaration of Covenants for open space and the terms and conditions thereof:

Recording Date: July 6, 2001
Recording No.: 3363608

Reciprocal Utility and Drainage Agreement and the terms and conditions thereof:

Recording Date: July 6, 2001
Recording No.: 3363610

Agreement and the terms and conditions thereof:

Recording Date: July 6, 2001
Recording No.: 3363611
Regarding: Golf Cart path easement

Agreement and the terms and conditions thereof;

Recording Date: July 6, 2001
Recording No.: 3363612
Regarding: Golf Course assumption of risk and view

Defendant's Initials

Plea Agreement – Janet Yamanaka Mello

41

Terms and conditions of Easement serving said premises thereof:

Recording Date: December 20, 2002
Recording No.: 3488109

Declaration of Covenants and the terms and conditions thereof:

Recorded: December 20, 2002
Recording No.: 3488110

Easement and the terms and conditions thereof:

Purpose: Temporary access
Recording Date: December 20, 2002
Recording No.: 3488111

Agreement and the terms and conditions thereof:

Recording Date: December 20, 2002
Recording No.: 3488114
Regarding: Signage

Agreement and the terms and conditions thereof:

Recording No.: 3513920 and 3513921
Regarding: Covenant and grant of temporary sewer line easements

Covenants, conditions, restrictions and easements but omitting any covenants or restrictions, if any, including but not limited to those based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, source of income, gender, gender identity, gender expression, medical condition or genetic information, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law, as set forth in the Document

Recording Date: February 17, 2004

Recording No.: 3488110

Covenants, conditions, restrictions, recitals, reservations, easements, easement

Defendant's Initials _____

Plea Agreement – Janet Yamanaka Mello

42

provisions, dedications, building setback lines, notes and statements, if any, but omitting any covenants or restrictions, if any, including but not limited to those based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, or source of income, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law, as set forth on the Plat of Hawks Prairie Phase 1 Unit 7:

Recording No: 3669236

Covenants, conditions, restrictions and easements but omitting any covenants or restrictions, if any, including but not limited to those based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, source of income, gender, gender identity, gender expression, medical condition or genetic information, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law, as set forth in the document

Recording Date: January 14, 2005
Recording No.: 3702933
Modified by instruments recorded under Auditors File No. 3786686, 3786687, 3799166, and 3806005.

Tax ID: 52930028300

16. **5190 Graytown Rd., Schertz, Bexar County, Texas,** hereinafter the Respondent Real Property 16 and more fully described as:

All that certain tract or parcel of land containing 1.50 acres in the City of Schertz, Bexar County, Texas, out of the Antonio Zamora Survey No. 36, Abstract 828, County Block 5083, being a portion of a 2.00 acres tract described in conveyance from Edgar H. Harlohs and wife Minna Harlohs to George Cielencki and wife Agnes E. Cielencki in Warranty Deed with Vendor's Lien recorded in Volume 6965 Page 258, Deed Records of Bexar County, Texas and being more particularly described by metes and bounds as follows:

BEGINNING: at a pipe fence corner post found at the Southwest corner of said 2.00 acre tract, located on the Northeast right-of-way line of Greytown Road, at the West corner of KGG Enterprises 4.167 acre tract recorded in Volume 2898 Page 2250, Real Property Records of Bexar County, Texas, for the Southwest corner of this herein described tract;

Defendant's Initials

THENCE:      North 28 deg. 54 min. 00 sec. West; (Bearing Basis-Volume 6965 Page 258, D.R.) a distance of 311.27 feet along with chain link fence line on the Northeast right-of-way line of Greytown Road to a ½" iron pin found w/cap at the Southwest corner of Rebel Duct Systems 0.50 acre tract recorded in Volume 8329 Page 203, Real Property Records of Bexar County, Texas, for the Northwest corner of this herein described tract;

THENCE;      North 60 deg. 07 min. 00 East; a distance of 210.00 feet along with fence line to a ½" iron pin found w/cap at the Southeast corner of said Rebel Duct Systems 0.50 acre tract, located on the Southwest line of Alan G. Munzny and wife Barbara K. Munzny 49.341 acre tract recorded in Volume 4762 Page 1292, Real Property Records of Bexar County, Texas, for the Northeast corner of this herein described tract;

THENCE:      South 28 deg. 54 min. 00 sec. East, a distance of 311.27 feet along with fence line on the East line of said 2.00 acre tract to a pipe fence corner post found on the Northwest line of KGG Enterprises 4.167 acre tract, for the Southeast corner of this herein described tract;

THENCE:      South 60 deg. 07 min. 00 sec. West; a distance of 210.00 feet along with fence line of South line of said 2.00 acre and same the Northwest line of KGG Enterprises 4.167 acre tract to the POINT OF BEGINNING.

Being 0.500 acre of land, more or less, out of the Antonio Zamora Survey No. 36, Abstract 828, County Block 5083, City of Schertz, Bexar County, Texas and also being out of a 2.00 acre tract described in Volume 6965, Page 258 of the Deed Records of Bexar County, Texas and being more particularly described as follows:

BEGINNING at an iron rod set at a pipe fence corner post in the existing northeast R.O.W. line of Graytown Road for the most northwesterly corner of this tract and the most northwesterly corner of the above referenced 2.00 acre tract;

THENCE, N 60°07'00" E, 210.00 feet along the common fence line with a 49.341 acre tract described in Volume 4762, Page 1292 of the Real Property Records of Bexar County, Texas to an iron rod set at a pipe fence corner post for the most northeasterly corner of this tract and the most northeasterly corner of said 2.00 acre tract;

THENCE, S 28°54'00" E, 103.73 feet along the common fence line with said 49.341 acre tract to an iron rod set in same for the most southeasterly corner of this tract;

Defendant's Initials _____

Plea Agreement – Janet Yamanaka Mello

44

THENCE, S 60°07'00" W, 210.00 feet crossing said 2.00 acre tract to an iron rod set in the existing northeast R.O.W. line of Graytown Road for the most southeasterly corner of this tract;

THENCE, N 28°54'00" W, (Ref. Brg.) 103.73 feet along said northeast R.O.W. line to the POINT OF BEGINNING and containing 0.500 acre of land, more or less.

17. **5524 Lemon Gulch Rd., Castle Rock, Douglas County, Colorado,** hereinafter the Respondent Real Property 17 and more fully described as:

PARCEL A:

TRACT 7, CASTLE PARK RANCH, PHASE 1, COUNTY OF DOUGLAS, STATE OF COLORADO.

PARCEL B:

A NONEXCLUSIVE EASEMENT AND RIGHT OF WAY OVER AND ACROSS ROADS AS SHOWN ON RECORDED PLAT OF CASTLE PARK RANCH, PHASE 1, COUNTY OF DOUGLAS, STATE OF COLORADO.

Also known by street and number as: 5524 LEMON GULCH ROAD, CASTLE ROCK, CO 80108.

Tax ID: R0373870

18. **11080 Ware Seguin Rd., Schertz, Bexar County, Texas,** hereinafter the Respondent Real Property 18 and more fully described as:

All that certain tract or parcel of land containing 22.716 acres of land out of the Stacey B. Lewis Survey No. 317, Abstract No. 433, County Block 5068, New City Block 16562, Bexar County, Texas, being the same land, as surveyed and found on the ground on June 25, 2018, as that certain called 22.711 acre parcel described in Volume 3062, Page 1267, Real Property Records of Bexar County, Texas; Said 22.716 acre parcel being more particularly described by metes and bounds as follows:

BEGINNING at a ½ inch rebar set (capped "RPLS 4907") on the southeasterly right-of-way line of Ware Seguin Road for the most westerly corner and POINT OF BEGINNING of this parcel, same being the most northerly corner of that certain called 22.000 acre parcel described in Volume 14599, Page 319 of said Real Property

Defendant's Initials 

Records;

THENCE with said right-of-way line, North 59 deg 43' 43* East (basis of earing (obtained from said Volume 3062, Page 1267)), a distance of 1056.87 feet (called North 49 deg 43' 48" East, 1056.87 feet) to a 1 inch pipe found for the most northerly corner of this parcel, same being the most westerly corner of that certain called 22.82 acre parcel described in Volume 17168, Page 1247 of said Real Property Records;

THENCE departing said right-of-way line and with the common line of this parcel with said 22.82 acre parcel, South 27 deg 20' 35" East, a distance of 1277.97 feet (called South 27 deg 21' 32" East, 1277.72 feet) to a ½ inch rebar set (capped "RPLS 4907") for the most easterly corner of this parcel, same being the most southerly corner of said 22.82 acre parcel and lying on the northwesterly line of that certain called 24.127 acre parcel described in Volume 13419, Page 776 of said Real Property Records;

THENCE with the common line of this parcel with said 24.127 acre parcel, South 59 deg 51' 03" West, a distance of 475.32 feet (called South 59 deg 45' 15" West, 475.32 feet) to a 1 inch pipe found for the most southerly corner of this parcel, same being the most westerly corner of said 24.127 acre parcel and lying in a northeasterly line of that certain called 8.915 acre parcel described in Volume 17454, Page 1579 of said Real Property Records;

THENCE with the common line of this parcel with said 8.915 acre parcel, the following three (3) courses:

1). North 62 deg 46' 05" West, a distance of 115.93 feet (called North 62 deg 32' West, 115.93 feet) to a ½ inch rebar set (capped "RPLS 4907") for an exterior corner of this parcel;

2). North 27 deg 22' 42" East, a distance of 40.00 feet (called North 27 deg 28' East, 40.00 feet) to a 1 inch pipe found for an interior corner of this parcel;

3). North 62 deg 36' 21" West, a distance of 219.20 feet (called North 62 deg 32' West, 219.92 feet) to a 1 inch pipe found for an exterior corner of this parcel, same being the most northerly corner of said 8.915 acre parcel and an easterly corner of the aforementioned 22.000 acre parcel;

THENCE with the common line of this parcel with said 22.000 acre parcel, North 51 deg 09' 44" West, a distance of 1039.09 feet (called North 51 12" West, 1039.09 feet) to the POINT OF BEGINNING and containing 22.716 acre of land.

Defendant's Initials _____

Plea Agreement – Janet Yamanaka Mello

46

19. **Blazing Star, Lot 21, Horseshoe Bay, Llano County, Texas,** hereinafter the Respondent Real Property 19 and more fully described as:

LOT TWENTY-ONE (21), IN SKYWATER OVER HORSESHOE BAY, A SUBDIVISION LOCATED IN LLANO COUNTY, TEXAS, ACCORDING TO PLAT 2.1, RECORDED IN VOLUME 17, PAGES 1-4, PLAT RECORDS OF LLANO COUNTY, TEXAS.

20. **Blazing Star, Lot 22, Horseshoe Bay, Llano County, Texas,** hereinafter the Respondent Real Property 20 and more fully described as:

BEING LOT NO. TWENTY-TWO (22), IN SKYWATER OVER HORSESHOE BAY, A SUBDIVISION OF THE CITY OF HORSESHOE BAY, LLANO COUNTY, TEXAS, ACCORDING TO PLAT NO. 2.1, RECORDED IN VOLUME 17, PAGES 1, 2, 3 AND 4, PLAT RECORDS OF LLANO COUNTY, TEXAS.

21. **FM 532, Gonzales, Gonzales County, Texas,** hereinafter the Respondent Real Property 21 and more fully described as:

Being out of a 237.265 acre tract of land conveyed to Ernest Kapavik and Ruby Kapavik by Warranty deed dated April 2, 2003 and recorded in Volume 883, Page 382 of the Official Records of Gonzales County, Texas, also comprised of a portion of the E. Mitchell, Abstract 337.

Being more fully described by metes and bounds as follows:

BEGINNING: at a 5/8" iron rod found in the north right of way line of Farm Market 532 and at the southwest corner of a 79.41 acre tract recorded in Volume 1065, Page 906 of the Official Records of Gonzales County, Texas, same being the southeast corner of this herein described tract;

THENCE: S 69°17'53" W -1218.29 along the north right of way line of said Farm Market 532 and the south line of said 237.265 acre tract, to a 5/8" iron rod with cap set at the southwest corner of this herein described tract;

THENCE: N 21°16'43" W -383.83 feet across said 237.265 acre tract, to a 5/8" iron rod with cap set, being an angle corner of this herein described tract;

THENCE: N 12°12'30" W -173.64 across said 237.265 acre tract, to a 5/8" iron rod with cap set, being an angle corner of this herein described tract;

Defendant's Initials

Plea Agreement – Janet Yamanaka Mello

47

| THENCE: | N 32°28'47" W -2106.07 feet across said 237.265 acre tract, to a 5/8" iron rod with cap found, being an interior corner of said 237.265 acre tract and the southwest corner of a 18.00 acre tract owned by Carl & Patricia Bauer, same being the northwest corner of this herein described tract; |
|---|---|
| THENCE: | N 68°00'12" E 1544.32 feet along the south line of said 18.00 acre tract and the north line of said 237.265 acre tract, to a 5/8" iron rod with cap found in the south line said 18.00 acre tract, for the northeast corner of said 237.265 acre tract, being the northwest corner of said 79.41 acre tract, same being the northeast corner of this herein described tract; |
| THENCE: | S 22°28'59" E -2653.45 feet along the west line of said 79.41 acre tract and the east line of said 237.265 acre tract to the *POINT OF BEGINNING,* containing within these metes and bounds of 80.50 acre tract, more or less. |

**22. Skywater, Lot 3, Cloudcroft, Otero County, New Mexico,** hereinafter the Respondent Real Property 22 and more fully described as:

Lot Three (3), Block Three (3), Skywater, Cloudcroft, Otero County, New Mexico.

Tax ID: 11N4068091404088

**23. Skywater, Lot 4, Cloudcroft, Otero County, New Nexico,** hereinafter the Respondent Real Property 23 and more fully described as:

Lot Four (4), Block Three (3), Skywater, Cloudcroft, Otero County, New Mexico.

Tax ID: 11N4068091404097

**24. Spider Valley, Lot W18074, Horseshoe Bay, Llano County, Texas,** hereinafter the Respondent Real Property 24 and more fully described as:

TRACT I: LOT W18074, HORSESHOE BAY WEST, VILLAGE OF HORSESHOE BAY, LLANO COUNTY, TEXAS, ACCORDING TO PLAT NO. W18.1, RECORDED IN VOLUME 4, PAGES 48 AND 49, PLAT RECORDS OF LLANO COUNTY, TEXAS.

**25. Spider Valley, W18075, Horseshoe Bay, Llano County, Texas,** hereinafter the

Defendant's Initials _____

Plea Agreement – Janet Yamanaka Mello

48

Respondent Real Property 25 and more fully described as:

TRACT II: LOT NO. W18075, IN HORSESHOE BAY WEST, A SUBDIVISION LOCATED IN LLANO COUNTY, TEXAS, ACCORDING TO PLAT NO. W18.1, RECORDED IN VOLUME 4, PAGES 48 & 49, LLANO COUNTY PLAT RECORDS.

26. **Sunshine, Horseshoe Bay, Llano County, Texas,** hereinafter the Respondent Real Property 26 and more fully described as:

LOT W9020, HORSESHOE BAY WEST, A SUBDIVISION LOCATED IN THE CITY OF HORSESHOE BAY, LLANO COUNTY, TEXAS, ACCORDING TO PLAT NO. W9.1, RECORDED IN VOLUME 3, PAGE 70, PLAT RECORDS OF LLANO COUNTY, TEXAS.

27. **Bay West Blvd., Horseshoe Bay, Llano County, Texas,** hereinafter the Respondent Real Property 27 and more fully described as:

LOT W9017, HORSESHOE BAY WEST, A SUBDIVISION LOCATED IN THE CITY OF HORSESHOE BAY, LLANO COUNTY, TEXAS, ACCORDING TO PLAT NO. W9.1, RECORDED IN VOLUME 3, PAGE 70, PLAT RECORDS OF LLANO COUNTY, TEXAS.

28. **Uplift/Bay West, Horseshoe Bay, Llano County, Texas,** hereinafter the Respondent Real Property 28 and more fully described as:

LOT W9016, HORSESHOE BAY WEST, A SUBDIVISION LOCATED IN THE CITY OF HORSESHOE BAY, LLANO COUNTY, TEXAS, ACCORDING TO PLAT NO. W9.1, RECORDED IN VOLUME 3, PAGE 70, PLAT RECORDS OF LLANO COUNTY, TEXAS.

29. **Verde Mountain Trail, San Antonio, Bexar County, Texas,** hereinafter the Respondent Real Property 29 and more fully described as:

LOT 38, BLOCK 1, VERDE MOUNTAIN ESTATES, A PLANNED UNIT DEVELOPMENT SUBDIVISION, AMENDING LOTS 20 AND 21 RECORDED IN VOLUME 20002, PAGE 1060 OF THE DEED AND PLAT RECORDS OF BEXAR COUNTY, TEXAS.

30. **4240 S. Zephyr Street, Denver, Jefferson County, Colorado,** hereinafter the Respondent Real Property 30 and more fully described as:

Lot 4, Block 3, Marston Slopes Subdivision, Filing No. 1, County of Jefferson, State of Colorado.

Also known by street and number as 4240 S. Zephyr Street, Lakewood, CO 80235.

Tax ID: 300103055

**31. 11.53 Acres located in Seabeck, Kitsap County, Washington,** hereinafter the Respondent Real Property 31 and more fully described as:

PARCEL I:

RESULTANT PARCEL D OF BOUNDARY LINE ADJUSTMENT RECORDED UNDER AUDITOR'S FILE NO. 201504010222 AND DELINEATED ON SURVEY RECORDED IN VOLUME 80 OF SURVEYS, PAGE(S) 178 AND 179, UNDER AUDITOR'S FILE NO. 201504010223, BEING A PORTION OF GOVERNMENT LOTS 1 AND 2, SECTION 26, TOWNSHIP 25 NORTH, RANGE 2 WEST, W.M., IN KITSAP COUNTY, WASHINGTON.

PARCEL II:

RESULTANT PARCEL C OF BOUNDARY LINE ADJUSTMENT RECORDED UNDER AUDITOR'S FILE NO. 201508190199, BEING A PORTION OF RESULTANT PARCEL C OF BOUNDARY LINE ADJUSTMENT RECORDED UNDER AUDITOR'S FILE NO. 201504010222 AND DELINEATED ON SURVEY RECORDED IN VOLUME 80 OF SURVEYS, PAGE(S) 178 AND 179, UNDER AUDITOR'S FILE NO. 201504010223, BEING A PORTION OF GOVERNMENT LOTS 1 AND 2, SECTION 26, TOWNSHIP 25 NORTH, RANGE 2 WEST, W.M., IN KITSAP COUNTY, WASHINGTON.

PARCEL III:

A 30 FOOT WIDE EASEMENT FOR INGRESS, EGRESS AND UTILITIES AS DESCRIBED AND DELINEATED IN ACCESS AND UTILITY EASEMENT AGREEMENT RECORDED UNDER AUDITOR'S FILE NO. 201508120178, BEING A PORTION OF GOVERNMENT LOTS 1 AND 2 (ALSO KNOWN AS THE SOUTHEAST QUARTER), ALL IN SECTION 26, TOWNSHIP 25 NORTH, RANGE 2 WEST, W.M. IN KITSAP COUNTY, WASHINGTON.

Defendant's Initials _____

Plea Agreement – Janet Yamanaka Mello

50