# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. SA-23-CR-00620-XR |
| | ) |
| JANET YAMANAKA MELLO, | ) |
| | ) |
|     Defendant. | ) |

## ADVISORY TO THE COURT REGARDING FORFEITURE

COMES NOW the United States of America, Plaintiff, by and through the United States Attorney for the Western District of Texas, and files this Advisory to the Court Regarding Forfeiture. The United States respectfully advises the Court as follows:

## I.

On February 28, 2024, an Information (Doc. 25) was filed against the Defendant in the instant criminal case. Said Information included a Notice of United States of America's Demand for Forfeiture which sought the forfeiture of specific personal property, namely:

### Real Property

Real Property, with all buildings, appurtenances, and improvements thereon, and any and all surface and sub-surface rights, title, and interests, located and situated at:

1. 4218, 4208, And 4228 Harmony Road, Preston, Caroline County, Maryland;
2. 4051 Fossil Forrest, San Antonio, Bexar County, Texas;
3. 39850 Fm 3159, Canyon Lake, Comal County, Texas;
4. 40454 Fm 3159, New Braunfels, Comal County, Texas;
5. 2 Sugar Maple, Mayhill, Otero County, New Mexico;
6. Cloud Country #2, Mayhill, Otero County, New Mexico;
7. 98 Island Dr #41, Horseshoe Bay, Llano County, Texas;
8. 101 West Bank Unit 56, Horseshoe Bay, Llano County, Texas;
9. 106 Ouray St, Boerne, Kendall County, Texas;
10. 104 Alamosa Way, Boerne, Kendall County, Texas;
11. 103 Creede St, Boerne, Kendall County, Texas;

12. 973 Mystic Pkwy, Spring Branch, Comal County, Texas;
13. 2808 Aurora, Horseshoe Bay, Llano County, Texas;
14. Fault Line, Horseshoe Bay, Llano County, Texas;
15. 4100 Cashmere Dr Ne, Olympia, Thurston County, Washington;
16. 5190 Graytown Rd, Schertz, Bexar County, Texas;
17. 5524 Lemon Gulch Rd, Castle Rock, Douglas County, Colorado;
18. 11080 Ware Seguin Rd, Schertz, Bexar County, Texas;
19. Blazing Star, Lot 21, Horseshoe Bay, Llano County, Texas;
20. Blazing Star, Lot 22, Horseshoe Bay, Llano County, Texas;
21. Fm 532, Gonzales, Gonzales County, Texas;
22. Skywater, Lot 3, Cloudcroft, Otero County, New Mexico;
23. Skywater, Lot 4, Cloudcroft, Otero County, New Mexico;
24. Spider Valley, Lot W18074, Horseshoe Bay, Llano County, Texas;
25. Spider Valley, Lot W18075, Horseshoe Bay, Llano County, Texas;
26. Sunshine, Horseshoe Bay, Llano County, Texas;
27. Bay West Blvd, Horseshoe Bay, Llano County, Texas;
28. Uplift/Bay West, Horseshoe Bay, Llano County, Texas;
29. Verde Mountain Trail, San Antonio, Bexar County, Texas;
30. 4240 S Zephyr Street, Lakewood, Jefferson County, Colorado;
31. 11.53 Acres Located in Seabeck, Kitsap County, Washington; and

## Bank Accounts

1. $209,892.67, More or Less, in United States Currency seized from Bank of America Acct #488118658775, in the name of Janet Y. Mello;
2. $5,300,175.60, More or Less, in United States Currency seized from Bank of America Acct #488087013292, in the name of dba Child Health and Youth Lifelong Development, Janet P. Yamanaka Sole Prop;
3. $32,194.98, More or Less, in United States Currency seized from Bank of America Acct #586038193911, in the name of No W Cattle Company, LLC;
4. $4,078,017.38, More or Less, in United States Currency seized from Bank of America Acct #488072001060, in the name of dba Child Health and Youth Lifelong Development, Janet P. Yamanaka Sole Prop;
5. $8,084,395.29, More or Less, in United States Currency seized from Bank of America Acct #586037101289, in the name of dba Child Health and Youth Lifelong Development, Janet P. Yamanaka Sole Prop;
6. $429,130.61, More or Less, in United States Currency seized from Bank of America Acct #488073612364, in the name of Janet Y. Mello; and

## Motor Vehicles

1. 2022 Mercedes-Benz GLS-63, VIN: W1NYC7HJ6NX452736;
2. 2023 Land Rover Land Rover, VIN: SALEWEEE7P2197276;
3. 2018 Maserati Granturism, VIN: ZAM45VLA9J0260267;
4. 2023 Land Rover Range Rover, VIN: SALKV9E70PA022839;
5. 1993 Land Rover Defender, VIN: SALDH1285PA922022;

6. 1978 Toyota FJ-40 Landcruiser, VIN: FJ40284991;
7. 2018 Mercedes-Benz GTS-AMG, VIN: WDDYK8AAXJA014508;
8. 1954 Chevrolet Corvette, VIN: E54S004508;
9. 2010 Aston Martin Electric, VIN: SCFFDCCD4AGE11574;
10. 2003 Aston Martin Vanquish, VIN: SCFAC23353B501099;
11. 2014 Tesla Model S, VIN: 5YJSA1H15EFP35560;
12. 2018 Mercedes-Benz GLS-63 AMG, VIN: 4JGDF7FE6JB031007;
13. 1935 Plymouth Sedan, VIN: 2624404;
14. 1967 Chevrolet Camaro SS, VIN: 124377N122739;
15. 1972 Chevrolet Nova Pro Touring, VIN: 1X27H2W140559;
16. 2018 Ford Mustang DDR, VIN: 1FA6P8CF7J5126743;
17. 1955 Chevrolet Truck, VIN: H255K032377;
18. 2021 GMC Duramax Denali HD Pickup, VIN: 1GT49WEY9MF163516;
19. 1992 Nissan Skyline GT-R, VIN: BNR32215424;
20. 1966 Chevrolet Chevelle SS 396, VIN: 138176A134838;
21. 1989 Land Rover Defender 110, VIN: SALLDHHB8BA308394;
22. 1971 Lancia Fulvia S, VIN: 018749;
23. 1951 Chevrolet Panel Truck, VIN: 6JPF10853;
24. 2019 Mercedes-Benz Sprinter 3500 XD Van, VIN: WD4PF1CD3KT005072;
25. 1988 Land Rover Defender Pickup, VIN: SALLDHHB8EA333081;
26. 2023 Chevrolet Silverado 4x4 Pickup, VIN: 1GCUDEEL1PZ134706;
27. 2018 Mercedes-Benz Sprinter Van 2500, VIN: WDZPE8CD2JP637798;
28. 2017 Land Rover Range Rover, VIN: SALGS2FE8HA333889;
29. 2019 Cadillac Escalade, VIN: 1GYS4KKJ8KR354503;
30. 1966 Ford Mustang, VIN: 6R07T155396;
31. 2018 Infiniti QX80, VIN: JN8AZ2NEXJ9195925;
32. 2017 Toyota Tundra Pickup, VIN: 5TFDW5F15JX685781;
33. 2023 BMW X5, VIN: 5UXJU4C05P9R06449;
34. 2022 Rivian R1T, VIN: 7FCTGAAA4NN013828;
35. 2017 BMW X5, 5UXKR6C34H0J85445; and

## Motor Bicycles

1. 1966 BSA Spitfire MKII Motorcycle, VIN: A65S8148;
2. 1961 Matchless Motorcycle G12CSR, VIN: A85288;
3. 1911 Harley-Davidson 7 Single, VIN: 9982;
4. 1966 Harley-Davidson FLH Electra, VIN: 66FLH14007;
5. 2017 Yamaha FZ-07, VIN: JYARM06E7HA012355;
6. 2016 Ducati Motorcycle, VIN: 2DM13BSW9GB029296;
7. 1919 Harley-Davidson W Sport, VIN: 19W1586;
8. 2016 Indian Motorcycle, VIN: 56KCCDAA7G3329901;
9. 2017 Honda Rebel, VIN: MLHPC5601H5000188;
10. 2020 Harley-Davidson ELW Livewire, VIN: 1HD2XAEB0LB800289;
11. 1966 BMW R69S Motorcycle, VIN: 660976;
12. 1954 Maserati 125 GT Racer, VIN: M50414;
13. 1947 Triumph Tiger 100, VIN: 10084855;

14. 1966 Triumph Bonneville T120R, VIN: T120RDU30408;
15. 1977 Harley-Davidson FXE, VIN: 2A33910H7;
16. 2005 Harley-Davidson V-Rod, VIN: 1HD1HAZ125K802820;
17. 1927 Indian Scout, VIN: DMV68095CA;
18. 1926 Harley-Davidson B Single, VIN: B1935;
19. 1955 Ferrari Fratelli 165 Racer, VIN: 2417;
20. 1957 Ducati 175 Sport, VIN: DM250101353;
21. 1969 Bridgestone, Model BS-175, VIN: 16115244;
22. 1925 Indian Prince OHV Single, VIN: 30Y098;
23. 1963 Triumph Bonneville T120, VIN: DU5276;
24. 2018 Ducati Multistrada 1200S, VIN: ZDM12BWW7HB016271;
25. 2017 Yamaha YZF-R6, VIN: JYARJ28E0HA000114;
26. 2019 Harley-Davidson Screaming Eagle, VIN: 1HD1YDJ13LB019449;
27. 2016 Harley-Davidson Screaming Eagle, VIN: 1HD1TG919HB954633;
28. 1965 BMW R50/2 Motorcycle, VIN: 640047;
29. 2014 Triumph Tiger Explorer, VIN: SMTF02XKXEJ626039;
30. 2016 Indian Scout 1901, VIN: 56KMSB006G3105605;
31. 2007 Harley-Davidson Special Construction, VIN: 4K7S813517C025687;
32. 2017 Triumph Street Twin, VIN: SMTD31GN8HT784195;
33. 2017 Indian Scout 1901, VIN: 56KMSA111H3120662;
34. 1966 Ducati Cadet, VIN: DM100V03976;
35. 2000 Harley-Davidson Heritage Softail, VIN: 1HD1BJY16YY025093;
36. 2017 Harley-Davidson VIN: 1HD1GXM14HC307580;
37. 1992 Harley-Davidson FXDB-0Y Daytona, VIN: 1HD1GAL16NY305763;
38. 1968 Harley-Davidson FLH Electra Glide, VIN: 68FL2015;
39. Harley-Davidson Custom Hardtail, VIN: PA1RW2E2X3N130049;
40. 2021 Harley-Davidson Pan American, VIN: 1HD1ZES16MB310479;
41. 1956 Ariel Motorcycle, VIN: 27924IND;
42. 2018 Moto Guzzi 1200, VIN: ZGULZU01XHM200257; and

### All-Terrain Vehicles

1. 2018 Cam-Am Defender Max Lonestar HD ATV, VIN: 3JBURAP40JK000194;
2. 2022 Polaris Sportsman 1000 EFI XP ATV, VIN: 4XASYY954PB209326; and

### Recreational Vehicle

1. 2019 Newmar Dutch Star RV, VIN: 4VZAU1D96KC086731; and

### Vessels

1. 2017 Tahoe TAH215 XI, HIN: BUJ95727E717;
2. 2017 Mercruiser 4.5LC MTR/PLT, SN: 2A572186/2A475364;
3. 2017 Trailstar, SN: TXXTAH215PTAB2, VIN: 4TM15KL21HB001140; and

**Trailer**

1. 2017 Roadwarrior Heartland 427RW 5th Wheel Trailer, VIN: SFCG443XJE375092, hereinafter referred to as the Subject Property.

**II.**

The United States advises this Court that the Subject Property was forfeited in Civil No. SA-23-CV-01101-FB (Real Properties), SA-23-CV-01555-JKP (Bank Accounts), and SA-24-CV-00215-FB (Motor Vehicles, Motor Bicycles, etc.). Therefore, the United States advises this Court that the above Subject Property will no longer be pursued for forfeiture in this matter.

Respectfully submitted,

JAIME ESPARZA
United States Attorney

By: /s/
ANTONIO FRANCO, JR.
Assistant United States Attorney
Asset Forfeiture Section
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7040
Fax: (210) 384-7045
Texas Bar No. 00784077
Email: Antonio.Franco@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2024, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

**Albert A. Flores**
The Law Office of Albert A. Flores
3817 San Pedro
San Antonio, TX 78212
Email: attyflores@aol.com

Attorney for Defendant *JANET YAMANAKA MELLO*

                                                /s/
                                                ANTONIO FRANCO, JR.
                                                Assistant United States Attorney